default.  The case must be heard by the Court, whether the adverse party appear or not."  The judgment must therefore be reversed.

The Act of April 3, 1876, was repealed (without exception or reservation) by the tenth section of the third chapter of the Act of April 1, 1878 (Stats. 1877–8, p. 986); and, from the date last mentioned, the Commissioners of Transportation—to whom the judgment of the District Court commanded defendant to report—ceased to exist.  It follows that the proceeding should be dismissed.

Judgment reversed, and Court below directed to dismiss the action.

MCKEE and ROSS, JJ., concurred.

---

[No. 5,814.—Department One.]
January 21, 1881.

## THE PEOPLE EX REL. COMMISSIONERS OF TRANS-PORTATION v. THE SOUTHERN PACIFIC RAIL-ROAD COMPANY.

---

[No. 5,813.—Department One.]
January 21, 1881.

## THE PEOPLE EX REL. COMMISSIONERS OF TRANS-PORTATION v. STOCKTON AND COPPEROPOLIS RAILROAD COMPANY.

---

[No. 5,812.—Department One.]
January 21, 1881.

## THE PEOPLE EX REL. COMMISSIONERS OF TRANS-PORTATION v. THE CENTRAL PACIFIC RAILROAD COMPANY.

The COURT:

Upon the authority of *People ex rel. Commissioners of Transportation* v. *The Central Pacific Railroad Company, supra,* judgment reversed, and Court below directed to dismiss the action.